# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STEVEN A. SAND and**
**ILENE E. SAND,**

       **Plaintiffs,**

  **v.**                                     **Case No. 03-C-1014**

**MILWAUKEE PUBLIC SCHOOLS, et al**

       **Defendants.**

## ORDER

**IT IS ORDERED** that a telephonic status conference regarding this case will be held on **July 21, 2005, at 2:30 p.m.** The court will initiate the call.

Dated at Milwaukee, Wisconsin, this 12th day of July, 2005.

                                                    s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge