# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STEVEN A. SAND and**
**ILENE E. SAND,**

        **Plaintiffs,**

  v.                               **Case No. 03-C-1014**

**MILWAUKEE PUBLIC SCHOOLS, et al**

        **Defendants.**

## ORDER

**IT IS ORDERED** that the telephonic status conference regarding this case previously scheduled for **July 21, 2005, at 2:30 p.m.** has been **RESCHEDULED** for **July 19, 2005, at 10:30 a.m.** The court will initiate the call.

Dated at Milwaukee, Wisconsin, this 13th day of July, 2005.

                                      s/Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge