UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**STEVEN A. SAND et al.,**
      **Plaintiffs,**

      v.                                              Case No. 03-C-1014

**MILWAUKEE PUBLIC SCHOOLS, et al.**
      **Defendants.**

---

## DECISION AND ORDER

Plaintiffs, proceeding pro se, and defendants in this IDEA action have filed several motions and responses to said motions. On October 31, 2005, the court held a status conference regarding this case. Pursuant to the discussion had during the conference,

**IT IS ORDERED THAT**

    1.    School defendants' (i.e., the defendants represented by Attorney Smokowicz) motion to compel discovery is **GRANTED**. Plaintiff is ordered to sign and return all forms submitted by school defendants pertaining to residency within ten days of receipt.

    2.    School defendants' motion for extension of time for discovery and dispositive motions is **GRANTED**. The school defendants shall file dispositive motions no later than **November 30, 2005.** The local rules will control the deadlines for serving responses and replies to dispositive motions.

    3.    Plaintiff's motion to compel discovery is **GRANTED IN PART AND DENIED IN PART**. The school defendants shall make a good faith effort to locate and produce all documents pertaining to Segalle Sand, particularly the Goldman Test of Articulation,

communications with and bills from Dr. Cohen, and Dr. Brigham's legal file, to the extent it is not privileged.

4.  Plaintiff's oral motion for a further extension of time to respond to defendant Colman's and defendant Quarles & Brady's motions for summary judgment is **DENIED**.

The parties are advised that any further extension will not be granted except upon a showing of good cause.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 1 day of November, 2005.

/s_____
LYNN ADELMAN
District Judge

2