# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVEN A. SAND, ILENE E. SAND,
and SAGALLE L. SAND
        Plaintiffs,

    v.                                                    Case No. 03-C-1014

MILWAUKEE PUBLIC SCHOOLS, et al.
        Defendants.

## DECISION AND ORDER

Pursuant to Fed. R. Civ. P. 60(b), plaintiff Steven Sand moves to reconsider my decision of September 15, 2006 granting defendants' motions for summary judgment. Plaintiff argues that in my decision, I mistakenly determined that the Milwaukee Public Schools ("MPS") did not violate the procedural requirements of the Individuals with Disabilities Education Act ("IDEA") and that it did not violate plaintiff's daughter's educational opportunities or any other substantive rights. A motion to reconsider brought under Federal Rule of Civil Procedure 60(b) is an extraordinary remedy and is granted only in exceptional circumstances. <u>Harold Washington Party v. Cook County, Ill. Democratic Party</u>, 984 F.2d 875, 879 (7th Cir. 1993)). Motions brought under Rule 60(b) must be based on the grounds listed in the Rule and cannot be general pleas for relief. <u>United States v. Deutsch</u>, 981 F.2d 299, 301 (7th Cir. 1992). I will deny plaintiff's motion. Because I addressed the merits of all of the substantive claims, the Supreme Court's recent decision in <u>Winkelman v. Parma County School District</u>, 127 S. Ct. 1994, 2006 (2007), has no bearing on the present case. Further, plaintiff fails to make clear what the

ground of his motion is. In addition, plaintiff's arguments are entirely unpersuasive. He does little more than reiterate his previous arguments and presents nothing suggesting that reconsideration is appropriate.

Therefore,

**IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED.**

Dated at Milwaukee, Wisconsin, this 14 day of August, 2007

/s_____
LYNN ADELMAN
District Judge